IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 26-cv-02126-PAB

MASKAT AMANKOS,

　　　Petitioner,

v.

JUAN BALTAZAR, Warden of Denver Contract Detention Facility,
GEORGE VALDEZ, Field Office Director, Enforcement and Removal Operations, U.S. Immigration and Customs Enforcement,
TODD LYONS, Acting Director, U.S. Immigration and Customs Enforcement, and
MARKWAYNE MULLIN, Secretary, U.S. Department of Homeland Security,

　　　Respondents.

---

## FINAL JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order [Docket No. 8] of Judge Philip A. Brimmer entered on June 1, 2026, it is

**ORDERED** that petitioner Maskat Amankos's Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 [Docket No. 1] is **GRANTED**.  It is further

**ORDERED** that the case is closed.

Dated at Denver, Colorado this 24th day of June, 2026.

FOR THE COURT:

Jeffrey P. Colwell, Clerk


By＿＿＿s/ J.Dynes＿＿＿＿＿＿＿＿＿＿
　　　　Deputy Clerk